FILED IN CHAMBERS
U.S.D.C   Atlanta

NOV 1 5 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 1:07-MJ-1197 |
| CLIFFORD HARRIS, JR. | : | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed October 13, 2007, charging violations of Title 26 U.S.C. Section 5861(d) and Title 18 U.S.C. Section 922(g), is dismissed as to CLIFFORD HARRIS, JR. and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _____
FRANCEY HAKES
ASSISTANT UNITED STATES ATTORNEY
(404)581-6185
(404)581-6181 (Fax)

Georgia Bar No. 317420

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

O R D E R

Now, to-wit, on the __15th__ day of __November__, 2007, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

*nunc pro tunc to November 13, 2007*

Form USA 40-19-12
(Rev. 3/88)